

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-17-00838-CV

Priscilla Beltran **GUTIERREZ,** the Heirs of Carlos Gutierrez,
and the Heirs of Guadalupe Soto Gutierrez,
Appellants

v.

**CITY OF LAREDO**, Webb County, Laredo Community College,
The United Independent School District,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008-TXA-00706-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellees' brief was originally due August 20, 2018; however, the court granted an extension until September 18 to file the brief. Appellees have filed a motion requesting an additional thirty-day extension.

We **grant the motion** and **order** appellees' brief due **October 18, 2018** (sixty days after the original deadline). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4th TEX. APP. (SAN ANTONIO) LOC. R. 8, Notes and Comments. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court